# FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0053



# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| In re the Marriage of: | ) | CAUSE NO. DA 23-0053 |
| | ) | |
| DAVINA ATTAR-WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Petitioner/Appellant, | ) | **ORDER** |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| STEVEN THOMAS WILLIAMS, | ) | |
| | ) | |
| Respondent/Appellee. | ) | |

Upon motion of Appellant Davina Attar-Williams, the Court orders Appellant's

Opening Brief for Montana Supreme Court Cause No. DA 23-0053 be filed on or

before May 10, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 23 2023